UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31517 |
|---|---|
| CARMEN Y JOHNSON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055559**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 3 | HSBC AUTO FINANCE<br>BOX 60130<br>CITY OF INDUSTRY, CA  91716 | 71.55 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/10/2011

Certificate of Service    08-31517

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| CARMEN Y JOHNSON<br>3801 HAUK DRIVE<br>DAYTON, OH 45405 | RUTH SLONE<br>BOX 3340<br>DAYTON, OH 45401 | (17.1n)<br>ASCENSION CAPITAL GROUP INC<br>ATTN HSBC AUT FIN#500060014487<br>BOX 201347<br>ARLINGTON, TX 76006 |
| (18.1n)<br>BUCHALTER NEMER<br>ATTN RESIDENTIAL BANKRUPTCY GR<br>18400 VON KARMAN AVE SUITE 800<br>IRVINE, CA 92612 | (22.1n)<br>CHRISTOPHER P KENNEDY<br>24755 CHAGRIN BLVD<br>SUITE 200<br>CLEVELAND, OH 44122 | (3.1)<br>HSBC AUTO FINANCE<br>BOX 60130<br>CITY OF INDUSTRY, CA 91716 |
| (29.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA 23541 | (3.3)<br>WAYMON B MCLESKEY II<br>8 EAST LONG STREET<br>SUITE 424<br>COLUMBUS, OH 43215 | |

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv